IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| ROBERT J. ALLEN | ) | Civil No. C09-5415 JRC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER FOR |
| | ) | EXTENSION OF TIME |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

Based upon the Stipulation between the parties it is hereby ORDERED that the Plaintiff shall have an extension to and including November 13, 2009, to file Plaintiff's Opening Brief. Defendant's Response shall be due on or before December 11, 2009. Plaintiff's Reply shall be due on or before December 28, 2009. Oral argument shall be requested by January 4, 2010.

DATED this 27th day of October 2009.

_____
J. Richard Creatura
United States Magistrate Judge

ORDER [C09-5415 JRC] -1