# United States District Court
WESTERN DISTRICT OF WASHINGTON

ROBERT ALLEN

v.

MICHAEL ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5415JRC

__  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court AFFIRMS the Social Security Administration's final decision.


| March 12, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

| | *s/CM Gonzalez* |
|---|---|
| | Deputy Clerk |